1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT
7                          FOR THE DISTRICT OF ARIZONA
8
9    Georgina Fernandes,                    )    No. CV 07-0365 PHX-NVW
                                            )
10                      Petitioner,          )    **ORDER**
                                            )
11   vs.                                     )
                                            )
12                                           )
     Phillip Crawford, Filed Office Director, et)
13   al.,                                    )
                                            )
14                      Respondents.         )
                                            )
15   _____

16           Before the Court are Petitioner's Petition for Writ of Habeas Corpus (doc. #1), United
17   States Magistrate Judge Edmonds' Report and Recommendation (doc. #43), Petitioner's
18   Objection (doc. # 44), and Respondents' Reply (doc. # 46).
19           The Court has considered Petitioner's objections and reviewed the Report and
20   Recommendation de novo.  *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the
21   Court must make a de novo determination of those portions of the Report and
22   Recommendation to which specific objections are made).  The Court agrees with the
23   Magistrate Judge's determinations, accepts her recommended decision within the meaning
24   of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections.  *See* 28 U.S.C. §
25   636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part,
26   the findings or recommendations made by the magistrate").
27
28

1    IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate

2  Judge Edmonds (doc. #43) is accepted.

3    IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment

4  dismissing Petitioner's Petition for Writ of Habeas Corpus (doc. #1) for lack of jurisdiction.

5  The Clerk of the Court shall terminate this action.

6    DATED this 29th day of January, 2008.

7

8  _____

9  Neil V. Wake
   United States District Judge